Fill in this information to identify the case:

Debtor 1 Amber Lynn Shaffer

Debtor 2 ______________________

(Spouse, if filing)

United States Bankruptcy Court for the WESTERN District of LOUISIANA

Case number 25-31459

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** **SELENE FINANCE LP**

**Court claim no**. (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 2337

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No

☐ Yes. Date of the last notice:

**Part 1:** **Itemize Postpetition Fees, Expenses, and Charges**

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan review | 12/22/2025 | (11) | $350.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Shellie A. Labell Date 03/18/2026
Signature

Print Shellie A. Labell Title Authorized Agent
First Name Middle Name Last Name

Company Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address 13010 Morris Road, Suite 450
Number Street

Alpharetta GA 30004
City State ZIP Code

Contact Phone 470-321-7112 Email slabell@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 27, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Amber Lynn Shaffer
2205 Davenport Street
Winnsboro, LA 71295

And via electronic mail to:

Sam O. Henry, IV
The Law Office of Sam Henry IV
502 Trenton Street
West Monroe, LA 71291

E. Eugene Hastings (MON)
Ch 13 Trustee
POB 14839
Monroe, LA 71207

Office of U. S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101

By: /s/ Benjamin Sakyi
bsakyi@raslg.com

| | | | |
|---|---|---|---|
| Vendor Address: | Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>6409 Congress Avenue<br>Suite 100<br>Boca Raton, FL 33487 | **Regarding:**<br>SHAFFER AMBER<br>2205 DAVENPORT ST<br>WINNSBORO, LA 71295 | [redacted] |

[redacted]

Vendor Contact: Kayla DeMarco

[redacted]

Servicer: Selene Finance[redacted]

[redacted]

Investor Name: **GOVERNMENT NATIONA MRTG A**

Class Code:

Entity Code:

[redacted]

**Outsource Firm:** LPS Default Solutions

Litigation Status Code:

[redacted]

| | |
|---|---|
| Loan Type | USDA |
| Acquistion Date: | |
| Asset No.: | |
| REO Loan Status: | N/A |
| REO Loan Status Date | N/A |
| Referral Date : | 12/21/2025 |
| Loan Location: | |
| **BK Case No:** | 25-31459 |
| Submitted Date | **12/23/2025** |
| Vendor Invoice Date | 12/23/2025 |
| Paid In Full Date | N/A |
| Foreclosure Removal Date | N/A |
| MS Status: | N/A |
| Relief Requested Date | N/A |
| Protection Begin Date | N/A |
| Protection End Date | N/A |

**Original Mortgage Amount: $85,858.00**
**Principal Balance as of invoice create date: $85,038.92**
**Principal Balance as of today's date: $85,038.92**

## Bankruptcy - Bankruptcy Services - Chapter 13

| Submitted | 1st Reviewed | Last Reviewed | Accepted | O/S Recommend Approval | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|---|
| 12/23/2025 | 01/02/2026 | 01/21/2026 | | 01/02/2026 | 01/21/2026 | 01/21/2026 | 01/22/2026 | 30 |

Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronolo y | Quote | Service Request | Guideline | Invoice Mappin | History | Payments | Reconciliation

| | | | | | | |
|---|---|---|---|---|---|---|
| **Fees** | Total: | $350.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | |
| **Costs** | Total: | $0.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | |
| | | | | | Exc. Loan Total Fees/Costs Allow: | |
| **Totals** | **Inv Amt:** | **$350.00** | **Prev. Billed:** | **$0.00** | **Loan Total Fees/Costs Prev.Billed:** | **$0.00** |

### Fees

| A | O | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Sales Tax | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | C | Attorney Fees | Plan Review Fee | | | 12/22/25 | 1 | $350.00 | $0.00 | $350.00 | $0.00 | $350.00 |

**Note:** Bankruptcy Plan Review - BK WIP NEW- Initial Plan Review (Non PA-OH). Please note that no documents are filed with BK court for Plan Review.BK_RECOVERABLE

**Recoverability Change Reason:**

**Service From Date:** 12/22/2025 **Service To Date:** 12/22/2025

**$350.00** **$0.00**

**Invoice Total: $350.00 $0.00 $350.00**